UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL CALHOUN ARRINGTON, individually, and through his next best friend, AURELIA CLEO BATTLE,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES, a public entity; DANIEL PENNINGTON, an individual; RUSS GRAYBILL, an individual; JOHNATHAN JORDAN, an individual; ERIC OLIVE, an individual; CHRISTIAN ARRUE, an individual; AND DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | **CASE NO. CV 12-4698-GW(AGRx)**<br>*(Hon. George Wu, District Judge)*<br>*(Hon. Alicia G. Rosenberg, Magistrate Judge)*<br><br>**JUDGMENT** |

This action came on regularly for trial on October 13, 2016, in Courtroom "10" of the United States District Court, Central District of California, Central Division, the Honorable George Wu, Judge Presiding. The Plaintiff SAMUEL CALHOUN ARRINGTON, was represented by attorney Nazareth M. Haysbert. The Defendants CITY OF LOS ANGELES, DANIEL PENNINGTON, RUSSELL GRAYBILL, JOHNATHAN JORDAN, ERIC OLIVE and CHRISTIAN ARRUE were present and represented by attorneys Colleen R. Smith and Cory M. Brente.

The trial was bifurcated, with phase I addressing liability and compensatory damages only.

A jury of 8 persons was regularly impaneled and sworn on October 13, 2016. Witnesses were sworn and testified. On October 24, 2016, following the presentation of evidence and argument during a jury trial which concluded October 24, 2016, the jury, in the above-entitled action, UNANIMOUSLY found as follows:

## **JUDGMENT ON SPECIAL VERDICT**

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

***QUESTION NO. 1:*** Has Plaintiff proved by a preponderance of the evidence that any of the following Defendants violated his Fourth Amendment Constitutional Rights by using excessive force against him?

*Answer (check "Yes" or "No") following the name of each Defendant:*

| Defendant | YES | NO |
|---|---|---|
| SERGEANT RUSS GRAYBILL | | ✓ |
| OFFICER DANIEL PENNINGTON | | ✓ |
| OFFICER JOHNATHAN JORDAN | | ✓ |
| OFFICER ERIC OLIVE | | ✓ |
| OFFICER CHRISTIAN ARRUE | | ✓ |

*If you answered "No" as to each of the Defendants, skip to Question No. 5.*
*If you answered "Yes" as to any Defendant, proceed to Question No. 2.*

***QUESTION NO. 2:*** For each "Yes" response to Question No. 1, do you find that Plaintiff has proved by a preponderance of the evidence that the Defendant's conduct was the cause of injury to him?

*Answer (check "Yes" or "No") following the name of each Defendant:*

SERGEANT RUSS GRAYBILL          YES_____     NO_____

| | | | |
|---|---|---|---|
| 1 | OFFICER DANIEL PENNINGTON | YES_____ | NO_____ |
| 2 | OFFICER JOHNATHAN JORDAN | YES_____ | NO_____ |
| 3 | OFFICER ERIC OLIVE | YES_____ | NO_____ |
| 4 | OFFICER CHRISTIAN ARRUE | YES_____ | NO_____ |

*Please proceed to Question No. 3.*

**QUESTION NO. 3:** Has Plaintiff proved by a preponderance of the evidence that any of the following Defendants committed a battery upon him?

*Answer (check "Yes" or "No") following the name of each Defendant:*

| | | | |
|---|---|---|---|
| | SERGEANT RUSS GRAYBILL | YES_____ | NO_____ |
| | OFFICER DANIEL PENNINGTON | YES_____ | NO_____ |
| | OFFICER JOHNATHAN JORDAN | YES_____ | NO_____ |
| | OFFICER ERIC OLIVE | YES_____ | NO_____ |
| | OFFICER CHRISTIAN ARRUE | YES_____ | NO_____ |

*If you answered "No" as to each of the Defendants, skip to Question No. 5.*

*If you answered "Yes" as to any Defendant, proceed to Question No. 4.*

**QUESTION NO. 4:** For each "Yes" response to Question No. 3, do you find that Plaintiff has proved by a preponderance of the evidence that the Defendant's conduct was a substantial factor in causing him injury?

*Answer (check "Yes" or "No") following the name of each Defendant:*

| | | | |
|---|---|---|---|
| | SERGEANT RUSS GRAYBILL | YES_____ | NO_____ |
| | OFFICER DANIEL PENNINGTON | YES_____ | NO_____ |
| | OFFICER JOHNATHAN JORDAN | YES_____ | NO_____ |
| | OFFICER ERIC OLIVE | YES_____ | NO_____ |
| | OFFICER CHRISTIAN ARRUE | YES_____ | NO_____ |

*Please proceed to Question No. 5.*

**QUESTION NO. 5:** Has Plaintiff proved by a preponderance of the evidence that any of the following Defendants negligently used excessive force against him?

*Answer (check "Yes" or "No") following the name of each Defendant:*

| | YES | NO |
|---|---|---|
| SERGEANT RUSS GRAYBILL | ___ | _✓_ |
| OFFICER DANIEL PENNINGTON | ___ | _✓_ |
| OFFICER JOHNATHAN JORDAN | ___ | _✓_ |
| OFFICER ERIC OLIVE | ___ | _✓_ |
| OFFICER CHRISTIAN ARRUE | ___ | _✓_ |

*If you answered "No" as to Questions Nos. 1 and 5, please date and sign this form where indicated below.*

*If you answered "Yes" as to Question Nos. 2, 4, or 5 as to any Defendant, proceed to Question No. 6.*

**QUESTION NO. 6:** For each "Yes" response to Question No. 5, do you find that Plaintiff has proved by a preponderance of the evidence that the Defendant's conduct was a substantial factor in causing him injury?

*Answer (check "Yes" or "No") following the name of each Defendant:*

| | YES | NO |
|---|---|---|
| SERGEANT RUSS GRAYBILL | ___ | ___ |
| OFFICER DANIEL PENNINGTON | ___ | ___ |
| OFFICER JOHNATHAN JORDAN | ___ | ___ |
| OFFICER ERIC OLIVE | ___ | ___ |
| OFFICER CHRISTIAN ARRUE | ___ | ___ |

*Please proceed to Question No. 7.*

**QUESTION NO. 7:** *If you answered "Yes" to Question No. 1, answer the following question. If you answered "No" as to all Defendants in Question No. 1, please proceed to Question No. 9.* Has Plaintiff proved by a preponderance of the evidence

that any of the following Defendants failed to intervene to prevent a violation of Plaintiff's constitutional rights?

*Answer (check "Yes" or "No") following the name of each Defendant:*

| | | |
|---|---|---|
| SERGEANT RUSS GRAYBILL | YES_____ | NO_____ |
| OFFICER DANIEL PENNINGTON | YES_____ | NO_____ |
| OFFICER JOHNATHAN JORDAN | YES_____ | NO_____ |
| OFFICER ERIC OLIVE | YES_____ | NO_____ |
| OFFICER CHRISTIAN ARRUE | YES_____ | NO_____ |

*If you answered "No" as to each of the Defendants, skip to Question No. 9.*

*If you answered "Yes" as to any Defendant, proceed to Question No. 8.*

**QUESTION NO. 8:** For each "Yes" response to Question No. 7, do you find that Plaintiff has proved by a preponderance of the evidence that the Defendant's conduct was the cause of injury to him?

*Answer (check "Yes" or "No") following the name of each Defendant:*

| | | |
|---|---|---|
| SERGEANT RUSS GRAYBILL | YES_____ | NO_____ |
| OFFICER DANIEL PENNINGTON | YES_____ | NO_____ |
| OFFICER JOHNATHAN JORDAN | YES_____ | NO_____ |
| OFFICER ERIC OLIVE | YES_____ | NO_____ |
| OFFICER CHRISTIAN ARRUE | YES_____ | NO_____ |

*Please proceed to Question No. 9.*

**QUESTION NO. 9:** *If you answered "Yes" as to Question Nos. 2 or 4, answer the following question. Otherwise, please proceed to the section on Damages.* Has Plaintiff proved by a preponderance of the evidence that any of the following Defendants intentionally inflicted severe emotional distress on him?

*Answer (check "Yes" or "No") following the name of each Defendant:*

| | | |
|---|---|---|
| SERGEANT RUSS GRAYBILL | YES_____ | NO_____ |

| | | | |
|---|---|---|---|
| OFFICER DANIEL PENNINGTON | YES_____ | NO_____ |
| OFFICER JOHNATHAN JORDAN | YES_____ | NO_____ |
| OFFICER ERIC OLIVE | YES_____ | NO_____ |
| OFFICER CHRISTIAN ARRUE | YES_____ | NO_____ |

*If you answered "No" as to each of the Defendants, skip to Question No. 11.*

*If you answered "Yes" as to any Defendant, proceed to Question No. 10.*

**QUESTION NO. 10:** For each "Yes" response to Question No. 9, do you find that Plaintiff has proved by a preponderance of the evidence that the Defendant's conduct was a substantial factor in causing him injury?

  *Answer (check "Yes" or "No") following the name of each Defendant:*

| | | |
|---|---|---|
| SERGEANT RUSS GRAYBILL | YES_____ | NO_____ |
| OFFICER DANIEL PENNINGTON | YES_____ | NO_____ |
| OFFICER JOHNATHAN JORDAN | YES_____ | NO_____ |
| OFFICER ERIC OLIVE | YES_____ | NO_____ |
| OFFICER CHRISTIAN ARRUE | YES_____ | NO_____ |

*Please proceed to Question No. 11.*

## **DAMAGES**

*If you gave any "Yes" responses to either Question Nos. 2, 4, 6, 8 or 10, please answer the following questions. Otherwise, please date and sign this form where indicated below.*

**QUESTION NO. 11:** What is the total amount of compensatory damages suffered by Plaintiff? **$_____.**

*If you did not enter an amount, skip to Question No. 13.*

*If you entered an amount, proceed to Question No. 12.*

***QUESTION NO. 12:*** *If you answered "yes" to Question No. 5 and you entered an amount in response to Question No. 11,* what percentage of responsibility for Plaintiff's harm do you assign to each of the following person's (Do not include any Defendants for which you did not find any liability above).

| | |
|---|---|
| PLAINTIFF SAMUEL ARRINGTON | _____% |
| SERGEANT RUSS GRAYBILL | _____% |
| OFFICER DANIEL PENNINGTON | _____% |
| OFFICER JOHNATHAN JORDAN | _____% |
| OFFICER ERIC OLIVE | _____% |
| OFFICER CHRISTIAN ARRUE | _____% |
| **TOTAL** | **100%** |

***QUESTION NO. 13:*** *If you answered "yes" to Question No. 1 or 7, answer the following question. If you answered "No" as to all Defendants to both Questions 1 and 7, please proceed to Question No. 14.* Has Plaintiff proved by preponderance of the evidence that any of the following Defendants acted with malice, fraud or oppression?

*Answer (check "Yes" or "No") following the name of each Defendant:*

| | | |
|---|---|---|
| SERGEANT RUSS GRAYBILL | YES_____ | NO_____ |
| OFFICER DANIEL PENNINGTON | YES_____ | NO_____ |
| OFFICER JOHNATHAN JORDAN | YES_____ | NO_____ |
| OFFICER ERIC OLIVE | YES_____ | NO_____ |
| OFFICER CHRISTIAN ARRUE | YES_____ | NO_____ |

**QUESTION NO. 14:** *If you answered "yes" to Question No. 3 or 9, answer the following question.* Has Plaintiff proved by clear and convincing evidence that any of the following Defendants acted with malice, fraud or oppression?

*Answer (check "Yes" or "No") following the name of each Defendant:*

| | | |
|---|---|---|
| SERGEANT RUSS GRAYBILL | YES_____ | NO_____ |
| OFFICER DANIEL PENNINGTON | YES_____ | NO_____ |
| OFFICER JOHNATHAN JORDAN | YES_____ | NO_____ |
| OFFICER ERIC OLIVE | YES_____ | NO_____ |
| OFFICER CHRISTIAN ARRUE | YES_____ | NO_____ |

*Please date and sign below, and return this form to the Court. Thank you.*


**DATED:** __10/24/16_____     _____/s/_____
                                 **FOREPERSON OF THE JURY**


Based on the jury's finding for the Defendants CITY OF LOS ANGELES, DANIEL PENNINGTON, RUSSELL GRAYBILL, JOHNATHAN JORDDAN, ERIC OLIVE and CHRISTIAN ARRUE in phase I, the liability and compensatory damages phase, the Plaintiff's claims for punitive damages and *Monell* are null and void and hereby dismissed with prejudice.

By reason of dismissals, the rulings of the Court, and the special verdict, Defendants CITY OF LOS ANGELES, DANIEL PENNINGTON, RUSSELL GRAYBILL, JOHNATHAN JORDDAN, ERIC OLIVE and CHRISTIAN ARRUE are entitled to judgment against Plaintiff SAMUEL CALHOUN ARRINGTON.

Now, therefore, it is **ORDERED, ADJUDGED AND DECREED** that Plaintiff SAMUEL CALHOUN ARRINGTON, have and recover nothing by reason of each and all his claims as set forth in the Complaint against Defendants CITY OF LOS ANGELES, DANIEL PENNINGTON, RUSSELL GRAYBILL,

JOHNATHAN JORDAN, ERIC OLIVE and CHRISTIAN ARRUE and that Defendants shall recover their costs in accordance with Local Rule 54.

***JUDGMENT IS HEREBY ENTERED IN FAVOR OF ALL DEFENDANTS ON ALL CLAIMS.***

***IT IS SO ORDERED.***

DATED: October 26, 2016   _____ *[signature: George H. Wu]* _____

                              **GEORGE H. WU, U.S. DISTRICT JUDGE**